**494**

**BANK OF AMERICA, N.A.,
Plaintiff/Respondent,**

v.

**Arlene FLACH, Defendant/Appellant,**

**and**

**Laura J. Burge, Richard L. Flach, Jr.,
Cindy F. Miller, Kenneth E. Flach and
Douglas I. Flach, Defendants/Respondents.**

**No. ED 79404.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 16, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 28, 2001.

Application for Transfer Denied
Jan. 22, 2002.

Robert J. Selsor, St. Louis, MO, for
appellant.

Robert O. Appleton, Jr., David M. Stolze, Clayton, Carl C. Pohle, Clayton, MO,
Jeana D. McFerron, David W. Gearhart,
St. Louis, MO, for respondents.

Before GEORGE W. DRAPER III,
P.J., MARY R. RUSSELL, and MARY K.
HOFF, JJ.

*ORDER*

PER CURIAM.

Arlene Flach appeals from the grant of
summary judgment in a suit to interpret
provisions of a will that created a trust
under which her husband was a beneficiary. She alleges that the trial court erred
in finding that her stepchildren were each
entitled to an undivided one-fifth interest
in the trust estate in that a later provision
of the will required the trustee to provide
for her support. We find no error and
affirm.

No jurisprudential purpose would be
served by a written opinion reciting the
detailed facts and restating the principles
of law. We have, however, furnished the
parties with a memorandum opinion for
their information only, setting forth the
facts and reasons for this order.

We affirm the judgment pursuant to
Rule 84.16(b).